# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 17-CR-03059-01-MDH |
| CHIMANGA D. SMITH, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Defendant's Motion to Suppress Evidence (Doc. 22), Defendant's Motion to Suppress Statements (Doc. 51), the Government's Response in Opposition to Motion to Suppress the Evidence (Doc. 52), and the Report and Recommendation of the United States Magistrate Judge (Doc. 56). The Court has also reviewed the electronic transcripts from the proceedings held on January 24, 2018 (Doc. 50) and from the proceedings held on the Motion to Suppress on April 3, 2018. (Doc. 55). The time for Defendant to timely file exceptions to the Report and Recommendation of the United States Magistrate Judge has lapsed.

After a careful and independent review of the parties' submissions, the records before the Court, as well as the applicable law, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge. (Doc. 56). Accordingly, the Court **DENIES** Defendant's Motions to Suppress Evidence (Doc. 22) and **GRANTS IN PART** and **DENIES IN PART** Defendant's' Motion to Suppress Statements. (Doc. 51).

**IT IS SO ORDERED.**

DATED: October 2, 2018

                                             */s/ Douglas Harpool*
                                             **DOUGLAS HARPOOL**

**UNITED STATES DISTRICT JUDGE**