IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-03059-01-CR-S-MDH |
| | ) | |
| CHIMANGA D. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR JUDGMENT OF ACQUITTAL
## AT THE CLOSE OF ALL THE EVIDENCE

COMES NOW Defendant at the close of the Government's case-in-chief and moves the Court for a judgment of acquittal herein on the grounds that:

1. The government has failed to prove all of the elements of the crime alleged in the Superseding Indictment.

2. The evidence fails to establish the corpus delicit.

3. The evidence fails to establish that the alleged offense, if any, was committed by the defendant, if at all, and that the evidence fails to establish the Defendant's requisite mental state.

4. Accepting as true all the evidence, whether circumstantial or direct, together with all favorable inferences drawn therefrom, the evidence is insufficient as a matter of law to support a finding of guilt.

5. The evidence is in such conflict and material respects that it fails to establish the guilt of the defendant of the offense charges beyond a reasonable doubt.

6. The Superseding Indictment does not state facts sufficient to constitute an offense against the United States of America.

7. The government has failed to establish by proof which comes up to the requirements for submission to the jury in a criminal case that the defendant committed the alleged offenses with the requisite mental state.

WHEREFORE, Defendant moves for a judgment of acquittal at the close of all the evidence.

Respectfully submitted by,

/s/ David K. Back
David K. Back, Attorney for Defendant
Missouri Bar No. 46338
3132 E. Sunshine Street
Springfield, Missouri 65804
Telephone: 417-864-9991
davidbacklaw@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was delivered on January 16, 2019 to the CM/ECF system of the United States District Court for the Western District for electronic delivery to all counsel of record.

/s/ David K. Back
David K. Back, Attorney for Defendant